**UNITED STATES of America,**
**Appellee,**

v.

**Sigifredo RAMIREZ, Appellant.**

**No. 05–4127.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 15, 2006.

Filed: Nov. 27, 2006.

Lynnett M. Wagner, U.S. Attorney's Office, Lincoln, NE, for Appellee.

Sigifredo Ramirez, Leavenworth, KS, pro se.

Thomas R. Lamb, Anderson & Creager, Lincoln, NE, for Appelant.

Before SMITH, MAGILL, and BENTON, Circuit Judges.

PER CURIAM.

Sigifredo Ramirez appeals the sentence the district court[1] imposed after he pleaded guilty to conspiring to distribute and possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846. Ramirez argues the sentence is unreasonable, contending that the court—after granting a safety-valve reduction—gave "no clear reason" for sentencing him at the midpoint rather than the bottom of the Guidelines imprisonment range.

[1]. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

The record reflects that the district court considered appropriate sentencing factors, and we conclude the sentence is not unreasonable. *See United States v. Long Soldier*, 431 F.3d 1120, 1123 (8th Cir.2005); *United States v. Tobacco*, 428 F.3d 1148, 1151 (8th Cir.2005); *United States v. Lincoln*, 413 F.3d 716, 717–18 (8th Cir.), *cert. denied*, —— U.S. ——, 126 S.Ct. 840, 163 L.Ed.2d 715 (2005).

Accordingly, we affirm.